1 THOMAS E. FRANKOVICH (State Bar No. 074414)
  THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
  2806 Van Ness Avenue
3 San Francisco, CA 94109
  Telephone:   415/674-8600
4 Facsimile:    415/674-9900
  Attorneys for Plaintiffs
5 PATRICK CONNALLY
  and DISABILITY RIGHTS
6 ENFORCEMENT, EDUCATION,
  SERVICES: HELPING YOU
7 HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br><br>  Defendants. | CASE NO. C07-3032-BZ<br><br>**RETURN OF SERVICE RE DEFENDANT BAYPORT MARINA PLAZA LLC, a limited liability company** |

RETURN OF SERVICE RE DEFENDANT BAYPORT MARINA PLAZA LLC, a limited liability company

1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: BAYPORT MARINA PLAZA LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3032 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served: BAYPORT MARINA PLAZA LLC

4. Address where the party was served: 643 BAIR ISLAND ROAD
   SUITE 400
   REDWOOD CITY, CA 94063

5. I served the party.
   b. by substituted service. On: Wed., Aug. 08, 2007 at: 11:29AM by leaving the copies with or in the presence of:
      HARRY A GRIFFITH, ATTORNEY
      (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAYPORT MARINA PLAZA LLC
   Other: A LIMITED LIABILITY COMPANY

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No: 984
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Aug. 14, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(ELLENOR RIOS)
6366094 thofr-fg.80965

| Attorney or Party without Attorney | | | For Court Use Only |
|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | | | |
| | | Ref. No or File No.: | |
| Attorney for: Plaintiff | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | |
| United States District Court Northern District Of California | | | |
| Plaintiff: PATRICK CONNALLY, et al | | | |
| Defendant: BAYPORT MARINA PLAZA LLC | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date | Time: | Dept/Div: | Case Number:<br>C 07 3032 BZ |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Wed., Aug. 08, 2007
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows:  BAYPORT MARINA PLAZA LLC
                             643 BAIR ISLAND ROAD
                             SUITE 400
                             REDWOOD CITY, CA 94063

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Aug. 08, 2007 in the ordinary course of business.

5. Person Serving:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                      d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                      e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Aug 14, 2007

Judicial Council Form POS-010        PROOF OF SERVICE        (AARON DANIEL)
Rule 982.9.(a)&(b) Rev January 1, 2007       By Mail        6366094.thofr-fg.80965

# CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

John Campo, Esq.
Branson Brinkop Griffith & Strong LLP
643 Bair Island Road, Suite 400
Redwood, City, CA 94063

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 20, 2007, at San Francisco, California.

*Armetrice Cooper*
Armetrice Cooper
(Original signed)