**JOHN R. CAMPO**, ESQ., **SBN** 157137
BRANSON, **BRINKOP, GRIFFITH** & STRONG, **LLP**
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone:     (650) 365-7710
Facsimile:     (650) 365-7981

Attorneys for Defendant
**BAYPORT** MARINA **PLAZA** LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br><br>Defendant. | Case No. C-07-3032-BZ<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(1)**<br><br>Date:     October 17, 2007<br>Time:     10:00 a.m.<br>Courtroom:     G<br>Judge:     Bernard Zimmerman |

PLEASE TAKE NOTICE that on October 17, 2007 in Courtroom G of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Bayport Marina Plaza LLC ("Defendant") will and hereby does make a Motion to Dismiss Plaintiffs' Second, Third, and Fourth Causes of Action pursuant to 28 U.S.C. §1367(c) (1), (2) and (4) for lack of supplemental jurisdiction (Fed. R. Civ. Proc. 12(b)(1)).

The Motion will be based on:

(a) This Amended Notice of Motion and Motion;

(b) The attached Memorandum of Points and Authorities;

(c) Federal Rules of Civil Procedure, Rule 12(b)(1) (for lack of supplemental jurisdiction as to the state law claims).

1

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(1) - C-07-3032-BZ

(d) The pleadings, records, and files herein, the U.S. District Court's decisions in *Molski v. Mandarin Touch Restaurant,* 347 F. Supp. 2d 860 (C.D. Cal. 2004), *Molski. et al. v. Mandarin Touch Restaurant* and *Jankey, et al. v. Yang Chow Restaurant Pasadena,* 359 F. Supp. 2d 924 (C.D. Cal. 2005), and *Molski, et al. v. Kahn Winery, et al.,* 381 F. Supp. 2d 1209 (C.D. Cal. 2005), and matters of which judicial notice is requested.

Dated: August 27, 2007          Respectfully submitted,

BRANSON, BRINKOP, GRIFFITH & STRONG

By: _____
JOHN R. CAMPO
Attorneys for Above-Named Defendant

2

NOTICE OF MOTION AND MOTION TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(1) - C-07-3032-BZ