JOHN R. **CAMPO,** ESQ., SBN 157137
BRANSON, BRINKOP, **GRIFFITH** & **STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone:     (650) 365-7710
Facsimile:     (650) 365-7981

Attorneys for Defendant
**BAYPORT** MARINA **PLAZA** LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br><br>Defendant. | Case No. C-07-3032-BZ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(1)**<br><br>**Date:**       October 17, 2007<br>**Time:**       10:00 a.m.<br>**Courtroom:**  G<br>**Judge:**      Bernard Zimmerman<br><br>**[Complaint filed June 12, 2007]** |

I.

## INTRODUCTION

This Motion came before Judge Bernard Zimmerman for hearing on October 17, 2007. The hearing was held and as a result, Judge Bernard Zimmerman found in favor of Defendant, BAYPORT MARINA PLAZA LLC ("Defendant"). The Court therefore finds as follows:

\\\

\\\

\\\

---

1. IT IS HEREBY ORDERED ADJUDGED AND DECREED that Defendant's Motion to Dismiss the Second, Third and Fourth Causes of Action is hereby GRANTED;

Dated: _____

            District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(1) - C-07-3032-BZ