1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICK CONNALLY, et al.,   )
                                )
12          Plaintiff(s),       )   No. C07-3032 BZ
                                )
13       v.                     )   **SCHEDULING ORDER**
                                )
14  BAYPORT MARINA PLAZA LLC,   )
                                )
15          Defendant(s).       )
    _____)
16

17      Having received defendant's motion to dismiss certain of
18  plaintiffs' claims, **IT IS ORDERED** as follows:
19      1) Opposition to the motion will be filed by **Wednesday,**
20  **September 19, 2007**;
21      2) Any reply will be filed by **Wednesday, September 26,**
22  **2007**;
23      3) A hearing on the motion will be held on **Wednesday,**
24  **October 31, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor,
25  Federal Building, 450 Golden Gate Avenue, San Francisco,
26  California 94102;
27      4) The parties will accept or decline magistrate judge
28  ///

                                1

1 | jurisdiction in writing by **Friday, September 14, 2007.**

2 | Dated:   August 28, 2007

3 | _____
     Bernard Zimmerman
4 | United States Magistrate Judge

G:\BZALL\-BZCASES\Connally et al v. Bayport Marina\sch order.wpd

2