# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 29, 2007

To:   Thomas E. Frankovich
      Thomas E. Frankovich, A Professional Law Corporation
      2806 Van Ness Avenue
      San Francisco, CA 94109


      John R. Campo
      Attorney at Law
      643 Bair Island Road #400
      Redwood City, CA 94063


      Re: Patrick Connally, et al. v. Bayport Marina Plaza LLC - C07-3032 BZ


Dear Sirs:

     At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **October 31, 2007 at 10:00 a.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

     At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by September 14, 2007.


                              Sincerely,


                              Richard W. Wieking, Clerk
                              United States District Court


                              /s/ Lashanda Scott
                              By:   Lashanda Scott
                                    Courtroom Deputy