THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br>　　　　Plaintiffs,<br>v.<br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br>　　　　Defendants. | **CASE NO. C 07-3032-BZ**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 29, 2007　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　Jennifer L. Steneberg
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs PATRICK CONNALLY
　　　　　　　　　　　　　　　　　　and DISABILITY RIGHTS ENFORCEMENT,
　　　　　　　　　　　　　　　　　　EDUCATION SERVICES