**JOHN R. CAMPO, ESQ., SBN 157137**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981

Attorneys for Defendant
**BAYPORT MARINA PLAZA LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>BAYPORT MARINA PLAZA LLC, a limited liability company,<br><br>Defendant. | Case No. C-07-3032-BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  August 29, 2007           Respectfully submitted,

BRANSON, BRINKOP, GRIFFITH & STRONG

By:  /s/ *John Campo*_____
JOHN R. CAMPO
Attorneys for Above-Named Defendant

1
---
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE – C-07-3032-BZ