UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, et al., ) <br>           ) <br>       Plaintiff(s),  ) <br>           ) <br>     v.    ) <br>           ) <br> BAYPORT MARINA PLAZA LLC, ) <br>           ) <br>       Defendant(s).  ) <br> _____) | No. C07-3032 BZ <br><br>**CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that a Case Management Conference is scheduled for **Monday, January 7, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case Management Statements are due **seven days** prior to the Case Management Conference and shall be electronically filed with the court. Counsel may request in writing to appear telephonically, if they wish, and should make arrangements with the Courtroom Deputy, Lashanda Scott, if their request is granted by calling **415-522-2015**.

Dated: December 3, 2007

_Rose Maher_ (signature)
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Connally et al v. Bayport Marina\CLERKS NOTICE SETTING CMC.wpd

1