UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, et al.,    )<br>                              )<br>        Plaintiff(s),         )<br>                              )<br>    v.                        )<br>                              )<br>BAYPORT MARINA PLAZA LLC,     )<br>                              )<br>        Defendant(s).         )<br>_____) | No. C07-3032 BZ<br><br>**CLERK'S NOTICE VACATING<br>CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the Case Management Conference set for Monday, January 7, 2008 at 4:00 p.m, was inadvertently set and is hereby **VACATED**.  Counsel should refer to General Order 56.

Dated: December 4, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Connally et al v. Bayport Marina\CLERKS NOTICE VACATING CMC.wpd

1