1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 PATRICK CONNALLY, an individual; and )   **CASE NO. C 07-3032-BZ**
   DISABILITY RIGHTS ENFORCEMENT,     )
   EDUCATION, SERVICES: HELPING        )   **NOTICE OF NEED FOR MEDIATION**
11 YOU HELP OTHERS, a California public )
   benefit corporation,                )   **(ADA Access Cases)**
12        Plaintiffs,                  )
                                        )
13 v.                                   )
                                        )
14 BAYPORT MARINA PLAZA LLC, a         )
   limited liability company,          )
15                                      )
                                        )
16        Defendants.                   )
   _____)
17

18        Plaintiffs report that the parties' informal settlement efforts have proved unsuccessful.

19 Therefore, in accordance with General Order No. 56, the matter should be set for mediation.

20 Dated: January 28, 2008              THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
21

22                                      By:_____/s/_____
                                              Thomas E. Frankovich
23                                      Attorneys for PATRICK CONNALLY and
                                        DISABILITY RIGHTS ENFORCEMENT,
24                                      EDUCATION SERVICES

25

26

27

28

NOTICE OF NEED FOR MEDIATION                                                                1