# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Connally,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Baypoint Marina Plaza LLC,<br><br>　　　　　　Defendant(s). | 07-03032 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Howard A. Herman**
> US District Court - ADR Program
> 450 Golden Gate Avenue, 16th Floor
> San Francisco, CA 94102
> 415-522-2027

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03032 BZ MED　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: February 7, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03032 BZ MED                    - 2 -