**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Connally,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Baypoint Marina Plaza LLC,<br><br>          Defendant(s). | No. C 07-03032 BZ MED<br><br>**Certification of ADR Session** |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/24/08__

2. Did the case settle?     ☒ fully     ☐ partially     ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

Dated: __3/24/08__                    _____
                                      Mediator, Howard A. Herman
                                      US District Court - ADR Program
                                      450 Golden Gate Avenue, 16th Floor
                                      San Francisco, CA 94102

**Certification of ADR Session**
07-03032 BZ MED