1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, an individual; and )   **CASE NO. C 07-3032-BZ**
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION, SERVICES: HELPING )           **STIPULATION OF DISMISSAL AND**
YOU HELP OTHERS, a California public )   **[PROPOSED] ORDER THEREON**
benefit corporation, )
         Plaintiffs, )
                      )
v. )
                      )
BAYPORT MARINA PLAZA LLC, a )
limited liability company, )
                      )
         Defendant. )
_____)

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///
///
///
///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**                                    1

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 10, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Thomas E. Frankovich
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

Dated: April 8, 2008

BRANSON BRINKOP GRIFFITH & STRONG LLP

By: /s/
John R. Campo
Attorneys for Defendant BAYPORT MARINA PLAZA LLC, a limited liability company

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for one year for the purpose of enforcing the parties' Settlement Agreement and Release should such enforcement be necessary.

Dated: April 14th, 2008

/s/ Bernard Zimmerman
Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**                                2